PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE & MOORE
445 Bellevue Avenue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff
CLARK WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER, | NO. C03-3723 TEH |
| Plaintiff, | **STIPULATION AND ORDER CONSOLIDATING CASES** |
| v. | |
| CONTRA COSTA COUNTY, KEITH RICHTER, in his individual capacity, and DOES 1 through 15 inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and agree to consolidate *Walker v. Contra Costa County, and Keith Richter*, U.S. District Court Case No. C03-3723 TEH, with *Walker v. Contra Costa County, Keith Richter and Richard Grace*, U.S. District Court Case No. C05-2800 TEH. Good cause exists for this Stipulation in that the cases

1120P201

-1-
ORDER CONSOLIDATING CASES (C03-3723 TEH)

involve the same primary Defendants, CONTRA COSTA COUNTY and KEITH RICHTER.

In an effort to conserve judicial resources and promote an efficient determination of both actions, the parties request that the cases be consolidated.

Dated: January 27, 2006

PRICE AND ASSOCIATES

/s/ Pamela Y. Price

PAMELA Y. PRICE, Attorneys for Plaintiff CLARK WALKER

Dated: January 27, 2006

SILVANO B. MARCHESI, County Counsel

/s/

BERNARD L. KNAPP, Deputy County Counsel. Attorneys for Defendant CONTRA COSTA COUNTY, KEITH RICHTER and RICHARD GRACE

### ORDER CONSOLIDATING CASES

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Case No. C03-3723 TEH and Case No. C05-2800 TEH shall be consolidated.

Dated:   01/30/06

/s/ Thelton E. Henderson
SENIOR JUDGE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

1120P201

-2-
ORDER CONSOLIDATING CASES (C03-3723 TEH)