PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

Plaintiff,

v.

CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,

Defendants.

AND RELATED CASE.

NOS. C03-3723 TEH
C05-2800 TEH

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO ENLARGE NON-EXPERT WITNESS DISCOVERY CUT OFF TO PERMIT TWO DEPOSITIONS**

Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging non-expert discovery cut-off.

Good cause exists to enlarge non-expert witness discovery cut-off, because of third-

party witness Pinole Fire District Chief Jim Parrott and Defendant RICHARD GRACE's limited availability. The parties have met and conferred regarding the dates of depositions. The parties therefore request an extension of time to permit Plaintiff to depose Chief Parrott on August 1, 2006 and Defendant GRACE on August 2, 2006.

Therefore, the parties respectfully request that the time for non-expert witness discovery be enlarged from July 31, 2006 to August 2, 2006 to accommodate the deponents' schedules and to permit Plaintiff to take the deposition of Chief Parrott and Defendant GRACE.

DATED: July 31, 2006

PRICE AND ASSOCIATES

/s/

OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: July 31, 2006

SILVANO B. MARCHESI, County Counsel

/s/

BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that non-expert witness discovery cut-off for the sole purpose of permitting Plaintiff to take the depositions of Chief Jim Parrott and Defendant RICHARD GRACE shall be enlarged from July 31, 2006 to August 2, 2006.

Date: 08/02/06

HON. THELTON HENDERSON
UNITED STATES DISTRICT JUDGE