IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.<br><br>    Defendants. | NO. C03-3723 TEH<br>NO. C05-2800 TEH<br><br>ORDER |

    The parties are hereby directed to file <u>all</u> future filings in these consolidated cases under the lead case number, C-03-3723-TEH.

**IT IS SO ORDERED.**

Dated: August 4, 2006

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT